| | |
|---|---|
| GERALDINE MANLIN AND ROGER MANLIN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; GMAC MORTGAGE, LLC; DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-06625-AB-KS<br><br>Hon. District Judge André Birotte Jr.<br><br>**[PROPOSED] ORDER APPROVING STIPULATION REGARDING DISMISSAL OF CLAIMS OF GERALDINE MANLIN**<br><br>Superior Court Case No.: BC 627289<br>Action Filed: July 26, 2016<br>Trial Date: February 27, 2018 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

The Court having considered the Stipulation Regarding Dismissal of Claims of Geraldine Manlin (the "Stipulation") entered into by and between Plaintiffs Geraldine Manlin and Roger Manlin and defendant Ocwen Loan Servicing, LLC ("Ocwen"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the claims of Geraldine Manlin are hereby dismissed as to all parties *with prejudice*.

*///*

*///*

*///*

*///*

**IT IS FURTHER ORDERED** that Geraldine Manlin shall be dismissed as a plaintiff.

**IT IS SO ORDERED**.

Dated: April 21, 2017

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE