# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GERALDINE MANLIN AND ROGER MANLIN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; GMAC MORTGAGE, LLC; DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-06625-AB-KS<br><br>Hon. District Judge Andrew Birotte, Jr.<br><br>**JUDGMENT FOR DEFENDANT OCWEN LOAN SERVICING, LLC**<br><br>Superior Court Case No.: BC627289<br>Action Filed: July 26, 2016<br>Trial Date: August 28, 2018 |

This matter came before the Court on Defendant Ocwen Loan Servicing, LLC's ("Defendant") Motion for Summary Judgment (the "Motion"). Having reviewed the Motion, supporting evidence, and all related filings, and considered the arguments made by the parties, and for the reasons discussed more fully in the Court's Order Granting Motion for Summary Judgment [Dkt. No. 78],

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Defendant and against Plaintiff Roger Manlin, who shall take nothing by way of this action, and that the action is dismissed on the merits.

///

///

JS-6

**IT IS FURTHER ORDERED** that Defendant may pursue an award of attorneys' fees and costs in accordance with the Federal Rules of Civil Procedure, Local Civil Rules, and other applicable laws.

**IT IS SO ORDERED.**

DATED: June 25, 2018



HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE